IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 13-78 - 1 |
| NATHAN LEROUX, : | |
| a/k/a "natelx," : | Under Seal |
| a/k/a "animefre4k," : | |
| a/k/a "confettimancer," : | |
| a/k/a "void mage," : | |
| a/k/a "Durango," : | |
| a/k/a "Cthulhu," : | |
| : | |
| Defendant. : | |

SEALED / UNSEALED 9/30/14 KJL

FILED 2014 MAR 27 PM 12:49 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves the Court for the issuance of an arrest warrant against the Defendant Nathan Leroux pursuant to an Indictment filed under seal in this matter.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

BY:   /s/ Edward J. McAndrew
Edward J. McAndrew
Assistant United States Attorney

Dated: March 27, 2014

AND NOW, this __27th__ day of March 2014, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Nathan Leroux.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge