AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware



United States of America
v.

NATHAN LEROUX, a/k/a "natelx," "animefre4k," "confettimancer," "void image," "Durango," "Cthulhu,"

*Defendant*

Case No. 13-78-1

## ARREST WARRANT

SEALED / UNSEALED 9/30/14 KJK

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* NATHAN LEROUX, a/k/a "natelx," "animefre4k," "confettimancer," "void image," "Durango," "Cth", who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy; Conspiracy to Commit Wire Fraud; Wire Fraud; Conspiracy to Commit Theft of Trade Secrets; Unauthorized Computer Access; Criminal Copyright Infringement; Conspiracy to Commit Mail Fraud; Attempted Mail Fraud; Conspiracy to Commit Identity Theft; and Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 371, 1028, 1028A, 1030, 1341, 1343, 1349, 1832, and 2319(d) **FILED**

APR - 7 2014
U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date:  03/27/2014                                                            *Issuing officer's signature*

City and state:  Wilmington, Delaware                   Hon. Mary Pat Thynge, U.S. Magistrate Judge
                                                                                  *Printed name and title*

### Return

This warrant was received on *(date)* 3/27/14, and the person was arrested on *(date)* 3/31/14
at *(city and state)* Wisconsin.

Date: 4/3/14                                                                         *Arresting officer's signature*

                                                                                       William David, SDUSM
                                                                                       *Printed name and title*