IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-78-1 |
| ) | |
| NATHAN LEROUX, ) | **UNDER SEAL** |
| ) | |
| Defendant. ) | |

### MOTION FOR REVOCATION OF ORDER OF RELEASE
### AND ISSUANCE OF ARREST WARRANT

The United States of America respectfully moves to revoke the April 9, 2014 order of release on conditions and for the pre-trial detention of Defendant Nathan Leroux pursuant to 18 U.S.C. § 3148(b). In support of the motion, the United States alleges as follows:

1. If a defendant violates his release conditions, the government may move for revocation of his release. *See* 18 U.S.C. § 3148(a). Based upon such a motion, the Court shall enter an order of revocation and detention if, after a hearing, the Court finds that there is probable cause to believe that the defendant committed a Federal, State or local crime or if there is clear and convincing evidence that the defendant violated any other condition of release, and either: (1) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of the community, *see* 18 U.S.C. § 3142(g), or (2) the Court finds that the defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(2)(A) & (B).

2. The government respectfully asserts that, under the standard set forth at 18 U.S.C. § 3148(b), Defendant's release order should be revoked and he should be detained pending trial for the reasons set forth below.

1

3. On March 31, 2014, Defendant was arrested in Madison, Wisconsin on a sealed indictment returned by a grand jury in this district (Criminal Action No. 13-78), which charges him and certain co-conspirators with multiple computer hacking, intellectual property and identity theft and fraud offenses. Defendant made his initial appearance that same day and was ordered temporarily detained pending a hearing on April 1, 2014.

4. The indictment pending against Defendant and certain co-conspirators is sealed pursuant to an order of July 23, 2013.

5. On April 1, 2014, United States Magistrate Judge Stephen T. Crocker ordered Defendant released pending an April 4, 2014 initial appearance in this court. The Assistant United States Attorney who handled the proceedings in the Western District of Wisconsin informed the undersigned that Defendant was given a copy of the sealed indictment.

6. On April 4, 2014, Defendant made his initial appearance in this Court and was ordered temporarily detained until potential conditions of release could be evaluated.

7. On April 9, 2014, the government agreed to the release of Defendant on a host of conditions set forth in the Court's release order dated the same day. Those conditions included a prohibition on: (1) committing "any offense in violation of federal, state or local law; (2) possessing "directly or indirectly a computer or other device capable of accessing the Internet;" or (3) "directly or indirectly access[ing] the Internet at any time." The release order also expressly advised Defendant that he could be arrested if he violated the terms of his release, and expressly advised him that federal law makes it a crime to obstruct justice or to tamper with or retaliate against a witness (or to attempt to do so).

8. In the late hours of April 10, 2014, the United States learned that various online media sources were reporting that the FBI had arrested Defendant and others in connection with the crimes charged in the sealed indictment. The articles referenced, and in some cases quoted, information contained in the sealed indictment, and also reported additional factual information about a confidential source – information not contained in the indictment but known to Defendant. *See, e.g.*, "FBI Arrests Trio for Microsoft Xbox Hacking," *available at* http://www.thesmokinggun.com/documents/Microsoft-Xbox-hackers-576321 (Apr. 10, 2014) ("featured" article) (Ex. 1); Joe Kemp, "Hackers busted for swiping pre-release copies of videos games, Xbox data; report," NEW YORK DAILY NEWS, *available at* http://www.nydailynews.com/news/crime/hackers-busted-swiping-pre-release-copies-video-games-xbox-data-report-article-1.1752851 (Apr. 10, 2014) (Ex. 2); "War Games: FBI arrests men who hacked into Army computers to steal helicopter simulators and Call of Duty ahead of its release," *available at* http://www.dailymail.co.uk/news/article-2602216/War-Games-FBI-arrests-men-hacked-Army-computers-steal-helicopter-simulators-Call-Duty-ahead-release.html (Apr. 10, 2014) (Ex. 3).

9. Law enforcement agents and the undersigned have confirmed with defense counsel for Defendant Nesheiwat and Pokora that neither defendant was given a copy of the sealed indictment. The government is also aware that a court employee emailed a copy of the sealed indictment to attorney James Hale, who is not involved in this case. Mr. Hale confirmed to an FBI agent today that he provided two printed copies of the sealed indictment to Pokora defense counsel Sol Wisenberg. Mr. Wisenberg confirmed to the undersigned that he did not provide copies of the indictment to Defendant Pokora.

10. As noted above, Defendant Leroux was given a copy of the sealed indictment that he retained during his preliminary proceedings in the Western District of Wisconsin. He is therefore the only person who is not detained, other than counsel, with a copy of the sealed indictment.

11. During the hearing on April 4, 2014, Defendant Leroux made statements referencing his review of the sealed indictment, which was not visibly in his possession at that time.

12. Also during the hearing on April 4, 2014, both the Government and the Court informed Defendant Leroux of the sensitive nature of this ongoing investigation and the importance of his not disclosing any information about the investigation or the indictment publicly.

13. The disclosures noted above place a confidential government witness in potential danger, both physically and in terms of potential online retaliation by other computer hackers.

14. The disclosures also fit a pattern of behavior of disclosing confidential information about the investigation on the Internet to obstruct the investigation and threaten law enforcement agents and cooperating witnesses. For example, after a December 2012 search of Defendant Neshiewat's residence, Neshiewat provided the search warrant and information about the search to other co-conspirators. During a subsequent recorded online communication session, co-conspirators discussed soliciting the murder of Neshiewat and Leroux; FBI agents involved in the search; and the United States Magistrate Judge who signed the search warrant. *See* Audio Disk ("Murder Threat Against Agent 1.avi" and "Serious about killing.avi") (Ex. 4).

WHEREFORE, the government respectfully requests that the Court grant its Motion for Revocation of the Order of Release and Issuance of an Arrest Warrant for Defendant Nathan Leroux.

                          Respectfully submitted,

                          CHARLES M. OBERLY, III
                          United States Attorney

                    By: */s/ Edward J. McAndrew*
                          Edward J. McAndrew
                          Assistant United States Attorney

Dated:    April 11, 2014

**AND NOW**, this _____11th_____ day of April 2014, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Nathan Leroux.

                          _____
                          Honorable Mary Pat Thynge
                          United States Magistrate Judge





# the smoking gun

SEARCH

HOME • DOCUMENTS • BUSTER • BACKSTAGE • MUG SHOTS • TIME WASTER ABOUT •

## BUSTER

APRIL 5, 2014

**South Carolina Police On The Hunt For Walmart Urinal Creeper**

The latest entry in the lengthy Walmart crime blotter.

KEEP READING »

APRIL 4, 2014

**Motorist, 21, Wearing A "Drunk As Shit" T-Shirt Is Arrested For Drunk Driving**

Young Oregonian Ross McMakin needs to rethink his wardrobe choices.

KEEP READING »

APRIL 1, 2014

**Yoga Enthusiast, 68, Busted For Public Pleasure Session (But Not For Throwing Dead Animal At Passing Car)**

Meet Bill Kachle (at your own risk).

KEEP READING »

FEATURED

DOCUMENT: Internet, Crime APRIL 10, 2014

## FBI Arrests Trio For Microsoft Xbox Hacking

*Feds: Men also stole pre-release video games during intrusions*

A sealed indictment details a spree of online intrusions that also victimized several video game developers, including the publisher of "Call of Duty."

KEEP READING Tweet Like 194

DOCUMENT: Internet, Crime APRIL 11, 2014

## Friday Photo Fun Match Game

*Pair up five mug shots with each perp's occupation*

Contest entrants have to examine booking photos and align the suspects with their respective jobs, as reported to police.

KEEP READING Tweet Like 3

DOCUMENT: Investigation APRIL 9, 2014

## Facts Derail Lying Sharpton's Informant Tale

*Former FBI Mafia snitch spins fabricated story*

As the civil rights leader desperately tries to put his cooperation in a favorable light, FBI documents put the lie to his new claims.

Tweet Like 3.9K

MUG SHOTS

Robert Downey Jr.

VIEW ALL

The Smoking Gun

Like 67,649

MOST POPULAR

1. DOCUMENT: **FBI Arrests Trio For Microsoft Xbox Hacking**
2. DOCUMENT: **Al Sharpton's Secret Work As FBI Informant**
3. DOCUMENT: **Facts Derail Lying Sharpton's Informant Tale**

://www.thesmokinggun.com/documents/Microsoft-Xbox-hackers-576321

GOVERNMENT EXHIBIT 7

CARDELS 800-783-0399

# the smoking gun

HOME • DOCUMENTS • BUSTER • BACKSTAGE • MUG SHOTS • TIME WASTER          ABOUT •

DOCUMENT: Internet, Crime

## FBI Arrests Trio For Microsoft Xbox Hacking
*Feds: Men also stole pre-release video games during intrusions*

Tweet 141   Submit   Like 194 people like this.
Comments(21)   Share



APRIL 10--A group of alleged hackers has been charged with breaking into the computer systems of the U.S Army, Microsoft, and several other firms to steal pre-release copies of popular video games like "Call of Duty," simulation software for Apache attack helicopter pilots, and confidential data that was used to create counterfeit versions of the Xbox gaming system, The Smoking Gun has learned.

Three men have been named in a sealed federal indictment charging them each with 15 felony counts, including conspiracy, fraud, and computer hacking, according to a copy of the 54-page document obtained by TSG.

Two other alleged hackers—a North Carolina resident and an Australian teenager—have been identified as unindicted coconspirators in the scheme, which began in early-2011 and continued for more than two years.



A federal grand jury last July returned a sealed indictment against Nathan Leroux, 19; Sanadodeh Nesheiwat, 28; and David Pokora, a Canadian resident. FBI agents last week arrested Leroux at his Wisconsin home and collared Nesheiwat (seen above) at his New Jersey residence. Pokora's status could not be determined.

It is unclear why FBI agents served arrest warrants eight months after the indictment was returned by a grand jury empaneled in U.S. District Court in Wilmington, Delaware.

According to the indictment, the trio and their coconspirators identified vulnerabilities and "network weak points" to illegally access computer systems at Microsoft and video game developers Valve Corporation, Activision Blizzard, Zombie Studios, and Epic Games. The hacks allowed the defendants to illegally obtain copies of various games that, at the time, were still in development, like "Gears of War 3" and "Call of Duty: Modern Warfare 3."



Xbox One Hacking

The Zombie Studios intrusion, prosecutors allege, allowed the hackers to then gain access to a U.S. Army server, from which "Apache Helicopter Pilot simulation software entitled 'AH-64D Apache Simulator'" was taken. The Army had contracted with the Seattle-based Zombie to design the simulator software.

Investigators allege that the Microsoft hack resulted in the theft of "Log-In Credentials, Trade Secrets, and Intellectual Property relating to its Xbox gaming system." At the time of the intrusions—which spanned 2011 and 2012—Microsoft was developing its Xbox One system, which was officially released in November 2013.

As a result of the Microsoft intrusions, Leroux (pictured at left) and the two coconspirators—armed with "internal design and technical specifications and pre-release operating system software code"—were able to build a "counterfeit, next-generation" Xbox console that was sold on eBay for about $5000, the indictment charges.

Leroux allegedly constructed a second counterfeit Xbox console with hardware components purchased from NewEgg.com. That system was destined for a purchaser in the Republic of Seychelles, a small island nation off the eastern coast of Africa.

The counterfeit console, however, was intercepted by the FBI with the assistance of an individual identified in the indictment as "Person A," a Delaware resident who was cooperating with agents. Leroux had given the console to "Person A," who was supposed to mail it to the Republic of Seychelles.

The indictment makes it clear that "Person A" had been involved with the hacking crew since mid-2011. For example, "Person A" and others participated in a July 2011 Skype conversation during which Pokora sought assistance with the installation of encryption software on his hard drives. "I need your help. I'm going



The Smoking Gun
tsg   Like
67,649 people like The Smoking Gun.

Facebook social plugin

### FEATURED

DOCUMENT: Internet, Crime   APRIL 10, 2014
**FBI Arrests Trio For Microsoft Xbox Hacking**
Feds: Men also stole pre-release video games during intrusions

DOCUMENT: Internet, Crime   APRIL 11, 2014
**Friday Photo Fun Match Game**

DOCUMENT: Investigation   APRIL 9, 2014
**Facts Derail Lying Sharpton's Informant Tale**

### MOST POPULAR

1.
DOCUMENT: **FBI Arrests Trio For Microsoft Xbox Hacking**

2.
DOCUMENT: **Al Sharpton's Secret Work As FBI Informant**

3.
DOCUMENT: **Facts Derail Lying Sharpton's Informant Tale**

4.
BUSTER: **Every Time Chris Brown Starts Whining "Woe Is Me," Take A Look At This Photo Of Rihanna**

5.
BACKSTAGE RIDER: **Pearl Jam '08**

to get arrested," Pokora said.

During an October 2011 chat session cited in the indictment, Pokora and the Australian teen--who is identified by his initials, "D.W."--discussed the illegal computer intrusions. "If we do this right, we will make a million dollars each," said Pokora. In a Skype audio call, Pokora reportedly also spoke of compromising a "fuckton of Paypals" from compromised databases, adding that "we could have already sold them for Bitcoins which would have been untraceable if we did it right. It could have already been easily an easy 50 grand."



Australian media have identified "D.W." as Dylan Wheeler. The teen's Perth home was raided last February, and he was subsequently charged in Children's Court with an assortment of crimes. Wheeler is pictured above.

Using the handle "SuperDaE," Wheeler provided confidential Microsoft documents to Kotaku, and told the web site of his various hacking exploits. The indictment refers to Kotaku quoting "D.W." discussing his "unauthorized access to a next-generation Xbox gaming console." The web site only referred to the teenager as "Dylan." (6 pages)

VIEW SOURCE DOCUMENT   Tweet   Submit   Like 194

**TAGS:**
Xbox, Microsoft, Hacking, Delaware, FBI

PREV DOCUMENT
**Friday Photo Fun Match Game**

DOCUMENT NEXT
**Facts Derail Lying Sharpton's Informant Tale**

21 comments ▼                                   Add a comment


**Mike Johnson** · ★ Top Commenter
Military helicopter secrets and Microsoft business secrets can be hacked, but don't worry, you're ObamaCare data is completely safe.
Reply · Like · 👍 24 · 15 hours ago

    
    **Sean Spring** · Vice President at Clover-All Service Inc.
    Leave my worthless Obamacare plan alone, I am perfectly happy to LOSE MY DOCTOR.
    Reply · Like · 👍 2 · 3 hours ago

    
    **I Hate Being A Reservist US Army**
    Your*
    Reply · Like · 👍 1 · about an hour ago


**Walt Osborne** · ★ Top Commenter · Arizona State University
Wait...the government does this every minute of every day. Why aren't we arresting THEM?
Reply · Like · 👍 9 · 16 hours ago


**Mark Di Domenico** · Works at Orange County Sheriff's Office
Isn't this administration proposing on-line voting via computer, smart phone or tablet? May want to reconsider that fellas...
Reply · Like · 👍 4 · 15 hours ago

    
    **Jeffrey Shultz** · ★ Top Commenter
    Trust me: They DON'T WANT to reconsider that. BTW, did you know that George Soros owns a large share of a Spanish company that "counted" electronic votes in over 1,000 US precincts in the 2012 elections?
    Reply · Like · about an hour ago


**Tatiana Covington** · ★ Top Commenter · U of Arizona
The Feds are spying on "everyone else on Earth". Turnabout is fair play.
Reply · Like · 👍 4 · 15 hours ago


**Jonathan Williams** · ★ Top Commenter · CEO & Founder at Mr. Mom
2 of them have a Skrillex thing going on
Reply · Like · 👍 3 · 15 hours ago

    **I Hate Being A Reservist US Army**
    toasty!!
    Reply · Like · about an hour ago

**Dave Richie** · ★ Top Commenter · Network and Systems Engineer at Solutions Healthcare Management
Props man, just need to button your stuff up, no way you should have gotten caught.
Signed: Captain Hindsight
Reply · Like · 👍 2 · 15 hours ago

**David Coker** · ★ Top Commenter · Dallas, Texas
I just figured out how the military could stop the hacks. Don't hook your computer up to the internet.
Reply · Like · 👍 1 · 14 hours ago


**Lyndle Schenck** · JNC Laanone
John W. Pasichnyk You clearly are not familiar with SIPRNET.
Reply · Like · 2 hours ago


**Ed Richardson** · Lakeside, California
Lyndle Schenck ^^Accurate^^
Reply · Like · 44 minutes ago


**Chris Clements** · ★ Top Commenter · Saddleback Community College
I hope these little bastards get the max!
Reply · Like · 👍 1 · 15 hours ago


**John J. Mercieca** · ★ Top Commenter · Works at Databado
I want to fly that AH-64 D sim
Reply · Like · 👍 1 · 16 hours ago


**Robert Rogers** ★ Top Commenter
Back in the 90's, I used to have Jane's Longbow, had the whole set-up with rudder pedals and flight stick. Apparently, now they want to limit people's access to flight sims for some reason.
Reply · Like · 👍 1 · about an hour ago


**Richard Jastrzebski** · ★ Top Commenter · Michigan State University
And their interactive social skills consist of...wait a minute...let me see...I'm still looking...I don't see any "dates" on their calendars...hmmm...Oh, well...at least there's a good chance they have no interest in procreating at this rate...not w/ lengthy jail sentences!
Reply · Like · 5 hours ago


**Jeff White** ★ Top Commenter · Orange City, Florida
The open source Linux simulators are better anyway and you don't have to steal them.

The last thing I want on any device I own is Microsoft's insidious code.
Reply · Like · 8 hours ago


**John Dickshott** · Harvard University
Don't worry Holder will pardon them and get them to work on Obamacare.
Reply · Like · 5 hours ago


**Dylan Wheeler** · Curtin University
A large majority of this is fabricated.
Reply · Like · 8 hours ago


**Randall Bielke** · ★ Top Commenter · Owner at Doing private pension work
Hire them for New Mexico!
Reply · Like · 17 hours ago

Facebook social plugin

Xbox One Hacking
http://www.thesmokinggun.com/file/xbox-one-hacking

Page 1 of 6

CLOSE X

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13- 78 - UNA |
| v. | Count 1: Conspiracy<br>(18 U.S.C. § 371) |
| NATHAN LEROUX,<br>a/k/a "natelx,"<br>a/k/a "animefre4k,"<br>a/k/a "confettimancer,"<br>a/k/a "void mage,"<br>a/k/a "Durango,"<br>a/k/a "Cthulhu," | Count 2: Conspiracy to Commit Wire Fraud<br>(18 U.S.C. §§ 1343 and 1349)<br><br>Counts 3-6: Wire Fraud<br>(18 U.S.C. § 1343) |
| SANADODEH NESHEIWAT,<br>a/k/a "rampuptechie,"<br>a/k/a "Soniciso,"<br>a/k/a "Sonic," | Count 7: Conspiracy to Commit<br>Theft of Trade Secrets<br>(18 U.S.C. §§ 1832(a)(1), (a)(2), (a)(3), (a)(5))<br><br>Counts 8-10: Unauthorized Computer Access<br>(18 U.S.C. §§ 1030(a)(2)(C) & 2) |
| DAVID POKORA,<br>a/k/a "Xenomega 9,"<br>a/k/a "Xenon7,"<br>a/k/a "Xenomega," | Counts 11-12: Criminal Copyright Infringement<br>(18 U.S.C. § 2319(d)(2); 17 U.S.C. §506(a)(1)(C) & 2) |
| Defendants. | Count 13: Conspiracy to Commit Mail Fraud<br>(18 U.S.C. §§ 1341 and 1349)<br><br>Count 14: Attempted Mail Fraud<br>(18 U.S.C. §§ 1341 and 1349)<br><br>Count 15: Conspiracy to Commit Identity Theft<br>(18 U.S.C. § 1028(f))<br><br>Count 16: Aggravated Identity Theft<br>(18 U.S.C. § 1028A & 2)<br><br>Forfeiture Notice<br><br>Filed Under Seal |

**INDICTMENT**

1



AMERICA  NEW YORK  LOCAL  News  Politics  Sports  Entertainment  Opinion  Living  Photos  Video  Autos

Crime

# Hackers busted for swiping pre-release copies of video games, Xbox data: report

**Three men - Nathan Leroux, 19, of Wisconsin; Sanadodeh Nesheiwat, 28, of New Jersey; and David Pokora, of Canada - are accused of being part of the group, which allegedly broke into the computer systems of the U.S. Army, Microsoft and several companies that develop video games. The team allegedly swiped pre-release copies of popular video games such as 'Gears of War 3' and 'Call of Duty: Modem Warfare 3.'**

BY JOE KEMP   Follow   / NEW YORK DAILY NEWS / Thursday, April 10, 2014, 8:57 PM        A A A

SHARE THIS URL
nydn.us/1iBRD5b






PAUL SAKUMA/AP
The hackers allegedly managed to steal pre-release copies of popular video games such as 'Call of Duty: Modern Warfare 3.'

### CRIME VIDEO



**RELATED STORIES**

What is the 'Heartbleed' bug?

Facebook CEO calls Obama over government's internet tactics

Tech sale reveals breach of NYCTA worker info: MTA

A group of hackers were busted for breaking into the computer systems of the U.S. Army, Microsoft and several other companies to swipe military software and copies of video games before they hit the stores, according to a report.

Two men — Nathan Leroux, 19, of Wisconsin, and Sanadodeh Nesheiwat, 28, of New Jersey — were arrested last week for a two-year scheme that included stealing pre-release copies of popular games such as "Gears of War 3" and "Call of Duty: Modem Warfare 3," The Smoking Gun reported on Thursday.

The two men — along with David Pokora, of Canada — were also accused of stealing simulation software for Apache helicopter pilots and data to create counterfeit versions of the Xbox gaming system, according to a 54-page indictment obtained by the website.

It was not immediately clear if Pokora had been arrested.


AP
The hackers allegedly swiped pre-release copies of popular video games.

The indictment — which was returned by a grand jury in U.S. District Court in Wilmington, Del. — also mentioned two other hackers, a North Carolina resident and an Australian teen, who allegedly took part in the plan that began in early 2011, according to the documents.

Investigators said the group targeted "network weak points" to hack into the computer systems at Microsoft and video game developers Valve Corporation, Activision Blizzard, Zombie Studios and Epic Games, the court papers show.

### EDITORS' PICKS

**Calif. girl sells pot brownies to buy prom go...**
She should have left the hemp at home. A northern California teen was sentenced to four years of



**Comm-HAND-er in chief: President Obama saves First Lady from embarrassing**
There's no question that Michelle Obama is a First



**Detroit woman grabs gun, runs to help white m...**
She got her gun, she ran into the street, and she threw herself on top of a white man being beaten by



**San Diego woman incited men to break in, rape...**
Kathy Rowe was reportedly so furious at missing out on


GOVERNMENT EXHIBIT 2

http://www.nydailynews.com/news/crime/hackers-busted-swiping-pre-release-copies-vide...    4/11/2014

By breaking into the Zombie Studios system, the group managed to gain access to a U.S. Army server — where they swiped the sensitive simulator software, prosecutors said.









THE SMOKING GUN

The Smoking Gun reported Thursday that a group of hackers were busted for breaking into computers systems of the U.S. Army, Microsoft and several companies that design video games.

The military group had hired the video game company to design the software.

Investigators believe the hackers used stolen log-in credentials and other trade secrets to break into Microsoft computers when the company was developing its Xbox One system, according to the court papers.

Leroux and the two unidentified cohorts managed to use stolen data — which included the game system's design and technical specifications and the operating system software code — to build a "counterfeit, next-generation" Xbox console that was sold on eBay for about $5,000, the court papers show.



AP

The group allegedly targeted firms that included Activision, which designed games such as 'Call of Duty: Modern Warfare 3.'

But FBI agents got hold of the bogus game console, which was kept as evidence.

All three men face a litany of charges that include conspiracy, fraud and computer hacking.

### FROM AROUND THE WEB

**The 5 Fastest Growing Jobs in Technology**
(DeVry)

**10 Most Popular Game Consoles Of All Time**
(The Richest)

**A bunch of guys apparently paid $100 each to watch a girl in a bikini get Tasered**
(Daily Dot)

**How Oculus Rift Will Invade Next Gen Business Processes**
(Business Innovation)

[?]

### EDITORS' PICKS


**Woman dies after being struck by two yellow cabs o...**
Kelly Gordon, 22, of Brielle, New Jersey, was crossing York Ave. just south of E. 85th St. with her sister


**Carrie Bradshaw takes the subway! Parker spotted at West 4th station**
Stars or straphangers? See which A-list celebs were spotted taking the


**QUEENS RULES! Borough's real estate market heats up as foreigners, would-be Brooklynites swoop in**
Bidding wars. All-cash deals. Foreign buyers.


**Calif. grandmother in coma after road rage dr...**
A 66-year-old grandmother is on life support after she was struck in the face by a coffee mug in a sickening

**Teen punk accused of killing Indiana dad-to-be smirks, laughs his way into courtroom**
A 16-year-old punk accused of killing an Indiana man

Amazon Videos | Feedback   [Like] 1.1m   Follow @MailOnline   @DailyMail          Friday, Apr 11th 2014 12PM 53°F   3PM 66°F   5-Day Forecast

# Mail Online                                               News

Home | U.K. Home | **News** | Sport | U.S. Showbiz | Femail | Health | Science | Money | Video | Travel | Columnists

News Home | Arts | Headlines | Pictures | Most read | News Board | Wires                                    Login



Moment federal agents tasered son | 1f N dead including five teens | 'Reeva was standing behind the | Bloods gang member who is | I'm proud of her now that she's quit! | 'This will be the worst since '87':

## War Games: FBI arrests men who hacked into Army computers to steal helicopter simulators and Call of Duty ahead of its release

- FBI agents claim gang hacked a top-secret US Army helicopter simulator
- The software is used to train pilots fly the Apache AH-64D gunship
- Court documents claim the men also hacked pre-release versions of popular games
- One of the accused allegedly built his own counterfeit Xbox One using stolen data
- FBI waited eight months before moving in on the three-man gang
- Two of the alleged gang have yet to be identified according to prosecutors

By DARREN BOYLE
PUBLISHED: 04:24 EST, 11 April 2014 | UPDATED: 10:54 EST, 11 April 2014

[Share] [Tweet] [Share] 15 shares    1 View comments

FBI agents have arrested three men who they claim hacked top-secret US Army helicopter simulator software as well as pre-release computer games such as 'Call of Duty' on the Microsoft Xbox game system.

The group has been charged with breaking into the computer systems and stealing the data, which included simulation software from the fearsome Apache attack helicopter.

Court documents show that one of the men is alleged to have used stolen technical details to create his own counterfeit Microsoft Xbox One machine which he later sold on eBay for $5,000.

 

The FBI has charged (right) Sanadodeh Neshelwat, 28, and (left) Nathan Leroux with 15 felony charges including computer hacking after the gang allegedly breached a US Army helicopter simulator to steal the software to create a counterfeit Microsoft Xbox version of Call of Duty

The men, Sanadodeh Neshelwat, 28, from New Jersey, Nathan Leroux, 19, from Wisconsin and Canadian resident David Pokora are facing 15 felony charges of conspiracy, fraud and computer hacking following a major FBI investigation.

More...

- Captain Kate rules the waves: Duchess of Cambridge is crowned queen of the ocean after beating William in yacht race
- Peaches Geldof 'was found dead with her 11-month-old son by her side after husband raised the

Site ○ Web   [Search]


SOCHI WINTER OLYMPICS NEWS

Wintersports > Sochi Winter Olympics News

Curtain closes on Sochi | ... | ...


CEIC 2014


Like | Follow
Follow | +1

FEMAIL TODAY

▶ They can't keep their hands off each other! Kate and Wills show they're very much in love with tactile displays of affection
Fiercely protective

▶ How are we going to get this home? William and Kate look puzzled as boat-maker gifts baby George a mini-dinghy in New Zealand
Wrapped in a red bow

▶ How Prince George's 'self-confident' body language spoke volumes at his first royal 'meet and greet'
Every movement analyzed by our expert




Ads by Google

Enter Today to Win
www.shoppers-voice.com
Complete our survey D.C. and qualify for free coupons & samples.

DC Theft Investigation
www.instantcheckn
Search Criminals In

* Sex harassment rife in Commons: Dozens of young aides claim to have been victims of drunken MPs

FBI agents believe that a man from North Carolina and an Australian teenager were also involved in the high-tech scheme.



The US Army contracted Zombie Studios to develop simulation software to help train pilots to use the Apache helicopter (pictured)

The three men were named by federal prosecutors in a sealed indictment which has just been released.

The 54-page document was published by **The Smoking Gun** after the three men were charged.

The case was brought before a grand jury in July 2013 at the US District Court in Wilmington, Delaware.

It is understood that the FBI waited eight months before serving arrest warrants on Neshelwat, Leroux and Pokora.



The FBI claims the three men used information stolen from Microsoft to make their own counterfeit Xbox One console

Prosecution documents claim the three men targeted 'network weak points' to gain illegal access to computer systems. The men are accused of hacking into Microsoft as well as several computer game developers including Valve Corporation, Activision Blizzard, Zombie Studios and Epic Games.

Prosecutors believe the men accessed the networks in a bid to illegally download games that were still in development including Call of Duty: Modern Warfare 3.

Later, after breaching the Zombie Studios secure network network, prosecutors allege the men then were able to access the AH-64D Apache Simulator programme. It is understood the US Army contracted the Seattle based games company to develop the training software.

The FBI believe that the men were involved in the scheme between 2011 and 2012 while Microsoft had its new Xbox One game system under development.

It is understood the men used the 'internal design and technical specifications and pre-release operating system software code' to build their own counterfeit machine which they sold on eBay for $5,000.




▶ Brooklyn good-show William! Chivalrous Duke makes sure to share umbrella with Kate after leaving her out in the rain the day before
Not a drop fell on her

▶ Captain Kate rules the waves: Duchess of Cambridge is crowned queen of the ocean after beating William in New Zealand yacht race in Auckland harbor


▶ The queen of the derrières: Jennifer Lopez shows off her incredible body in a tight white dress for American Idol
Move over Kimi

▶ Boy meets plastic surgeon? Ben Savage has pointy new nose as he returns to role that made him famous in Girl Meets World
Has he had work done?

▶ Kim, take note! Sweet 16 Kylie Jenner tops her chic shorts and billowy blue coat with a saucy fedora to dine with her sisters
Classy young lady

▶ 'She's such a young, beautiful soul': Aaron Taylor-Johnson shrugs off 23-year age gap between him and wife Sam and praises her for helping him

▶ Minnie Driver quits Twitter over 'mean' jibes about her bikini body... then takes her mind of taunts with pool fun
Taking a break from the 'Twittersphere'



Florida

▶ Is that from Kate Hudson's closet? Goldie Hawn, 68, dresses like her daughter walking through LA airport
Outfit women decades younger can't carry off

▶ Titillating! 67 year-old Cher stuns fans with daring outfits during live show - including heart-shaped NIPPLE PASTIES
Fans left lost for words in Boston

▶ He's going to be McIntire money! Kelly Brook's fiancé David boosts his bank balance 'earning $250k on personal appearances' LA-based trainer

▶ Khloe shows off her slim figure in a sheer LBD as she enjoys another date night with rumored beau French Montana
They're getting close

▶ Kim Kardashian keeps a close eye on her cleavage as it makes a bid for freedom in an incredibly daring low


Columbia. Check Their Records Online Today.

Local Video Game Stores yellowpages.com
Find Stores With New & Used Video Games For Your PC and Gaming System

Is He Cheating On You? spokeo.com/Cheati -Spouse-Search
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!

Forge of Empires - Online forgeofempires.com
Create your own city and forge a vast empire - sign up now!











court documents that Leroux had allegedly attempted to build a second counterfeit xBox.

The court documents show the FBI had the cooperation of one individual described in court documents as 'Person A' from Delaware. He claims Leroux gave him a counterfeit console which he was due to post to the Republic of Seychelles.

The indictment said 'Person A' had a Skype conversation with Pokora who asked him for assistance on encrypting his hard drive. Pokora is alleged to have asked: 'I need your help. I'm going to get arrested.'

In a second call, Pokora is claimed to have said: 'If we do this right, we will make a million dollars each.'






The FBI claim the three men hacked various computer networks to download pre-release versions of popular games such as Call of Duty: Modern Warfare 3 (pictured)



FBI investigators allege that the men also wanted to gain access to the latest games in the Call of Duty franchise (pictured) while still under development

Read more:
FBI Arrests Trio For Microsoft Xbox Hacking

### Share or comment on this article

      **15** shares  Add comment

**FROM THE WEB**

   

Popular 'Skinny Pill' Has Doctors Raving...
*AZ Consumer Health Tips*

Why Agile and DevOps Work
*The Enterprisers Project*

10 Celebs Who Used to Have Horrible Smiles
*POPnHOP*

Miley Cyrus' Ridiculous Outfit Leaves Nothing t...
*Styling Daily*

**MOST WATCHED NEWS VIDEOS**

   

Woman throws shoe at Hillary Clinton

Mugger targets woman DURING television interview

Singing priest becomes internet sensation after wedding...

Stay out of water. Thousands of 'frenzied' sharks close...

**Ads by Google**

Enter Today to Win
Complete our survey D.C. and qualify for free coupons & samples.

Handicap Safe Walk-In Tub
Quality Tubs With Dual Hydrotherapy And Made In USA! Save Up To $1,500.

DC Theft Investigation
Search Criminals in Columbia. Check Their Records Online Today.

Is He Cheating On You?
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!

**MOST READ NEWS**

   

Who did that? Security scare for Hillary Clinton after woman...

Captain Kate rules the waves: Duchess of Cambridge is...

Mall rats desert sinking ship: Inside the abandoned shopping...

Woman is mugged on live TV in Brazil when thief tries to...


'I don't know if anyone is really monogamous': Cameron Diaz worries settling down with one man could make her 'miserable'
Remains single at 41


Beyonce slammed by fans as she is accused of photoshopping a 'thigh gap' into bikini photo
The 32-year-old is catching heat from fans


He's a lucky guy! Kate Upton's baseball pro boyfriend looks like the cat who got the cream on romantic reunion stroll
Back from Europe


Shady lady: Lindsay Lohan wears sunglasses INSIDE an airport as she touches down in London with fierce leather boots
Flashed her lean pins


That's one racy 'stroll down memory lane'! Miley Cyrus sits topless as she gets blonde hair trimmed in revealing flashback post
Put some clothes on!


Centrum SILVER
THEY CAN SEE ALL THE WAY TO
Massachusetts


In bed with Miley and friends: Ms Cyrus writhes on a mattress with dwarf dancer in headline-grabbing scene on Bangerz tour
Out to shock


Fashion darling Daisy Lowe invites us into her wardrobe - and reveals her style icon is... Wednesday Addams!
Paid tribute to late designer L'Wren Scott


'So excited!' CNN host Kate Bolduan reveals she's pregnant less than a year after landing dream job
Excited to be expecting her first child


Glee actor Chord Overstreet 'split' from girlfriend Halston Sage revealed... days after she enjoyed basketball 'date' with Zac Efron
Unlucky in love

We're not survivors - we're warriors: Women who have beaten breast cancer pose nude in powerful photos revealing their enduring strength

'She really got into character': Elle Fanning sheds light on exactly how committed Angelina Jolie was to playing evil queen Maleficent
Evil Disney queen


Nothing despicable



