OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

JOHN A. CERINO
Clerk

UNIT 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

April 15, 2014

Peter A. Levin, Esq.
Suite 501 South
1927 Hamilton Street
Philadelphia   PA   19130

**SEALED**
UNSEALED
9/30/14 KJK

RE: UNITED STATES v. NATHAN LEROUX
CR 13-78-1
**SEALED      CASE**

Dear Mr. Levin:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days, with the enclosed worksheets, for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

Sincerely,

JOHN A. CERINO, CLERK

BY: *Brian K. Blackwell*
Brian K. Blackwell
Deputy Clerk

JAC/bkb
enclosures

2014 APR 15 PM 4:03
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE