IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 13-78-1-GMS |
| | ) | |
| NATHAN LEROUX, | ) | Under Seal |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Sandodeh Nesheiwat, pursuant to 18 U.S.C. § 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges as follows: (a) there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; (b) there is probable cause to believe that the defendant has violated one or more conditions of his release; (c) that, based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; and (d) that the defendant is unlikely to abide by any condition or combination of conditions of release.

                                        Respectfully submitted,

                                        CHARLES M. OBERLY, III
                                        United States Attorney

                         BY:    */s/ Edward J. McAndrew*
                                        Edward J. McAndrew
                                        Assistant United States Attorney

Dated: April 23, 2014