UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. CR 13-78-1-GMS |
| ) | |
| **NATHAN LEROUX** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

This **15TH** day of **MAY**, **2014**, the defendant having entered a plea of not guilty to the Superseding Indictment, pretrial motions shall be due within thirty (30) days, that is on or before **JUNE 16, 2014**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned. The time between the date of this order and **JUNE 16, 2014** shall be excludable under the Speedy Trial Act ( 18 U.S.C. Sec. 3161, et seq.).

_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney

2014 MAY 15 PM 4:20

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED