PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Criminal Action No. 1:13CR00078-001 |
| ) | |
| Nathan Leroux ) | |
| ) | |

### Petition for Action on Conditions of Pretrial Release

COMES NOW CAROL L. SAIN PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Leroux released under pretrial release supervision by The Honorable Mary Pat Thynge, sitting in the court at Wilmington, Delaware, on the 4th day of April 2014, under the following conditions:

(6): The defendant is placed in the custody of Marc and Collette Leroux
7(a): The defendant shall report to Pretrial Services as directed
7(e): The defendant shall seek or maintain employment;
7(g): The defendant shall surrender any passport to the Clerk of Court;
7(h): The defendant shall obtain no passport;
7(I): The defendant shall not travel outside the state of Delaware or Maryland without permission;
7(j): The defendant shall not have any contact with any witnesses, victims or co-defendants;
7(n): The defendant shall refrain from possessing a firearm or other dangerous weapon;
7(o): The defendant shall refrain from any use of alcohol;
7(p) The defendant shall not possess or use an illegal controlled substance;
7(q): The defendant shall participate in drug testing;
7®: The defendant shall participate in substance abuse counseling at the direction of the pretrial service officer;
7(s): The defendant shall refrain from obstructing or attempting to obstruct/tamper, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring, which are required as a condition of release;
7(t): The defendant is to participate in home confinement with electronic monitoring;
7(u): The defendant shall report any contact with law enforcement:
7(v): Regarding item 7® shall include evaluation and treatment.
7(w):Regarding 7(t), defendant shall request pre-approval no later than 24 hours before scheduled appointment;
7(x): The defendant shall not possess directly or indirectly a computer or other devices capable of accessing the internet, not directly access the internet at any time.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)
See attached

PRAYING THAT THE COURT WILL ORDER that an arrest warrant be issued for Nathan Leroux so that he can be brought before the Court to answer the charges of violating the conditions of his pretrial supervision.

ORDER OF COURT

Considered and ordered this __17__ day of __June__, 2014.

_____
Chief, U.S. Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_Carol L. Sain /SSS_
Probation Officer

Place    Wilmington, Delaware

Date    June 17, 2014

**Release Condition 7(I):** The defendant shall not travel outside the state of Delaware or Maryland without permission.

**Release Condition 7(n):** The defendant shall refrain from possessing a firearm or other dangerous weapon.

**Release Conditions 7(s):** The defendant shall refrain from obstructing or attempting to obstruct/tamper, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring, which are required as a condition of release

**Release Condition 7(t):** The defendant is to participate in home confinement with electronic monitoring.

**Evidence:** On or about June 16, 2014, the defendant removed his electronic monitoring bracelet and unplugged the electronic monitoring unit and left his residence without permission. The defendant was later contacted by law enforcement at or near the U.S./Canadian border, at which time he was in possession of a knife. When instructed by law enforcement to drop the knife, the defendant stabbed himself several times causing injury.