AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  CR 13-78-1-GMS |
| NATHAN LEROUX | ) |
| *Defendant* | ) |

## ARREST WARRANT

**SEALED**

UNSEALED 9/30/14 GK

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NATHAN LEROUX,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☑ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF PRETRIAL RELEASE CONDITIONS

Date: 6/17/14

BY: _____ DEPUTY CLERK
*Issuing officer's signature*

City and state:   WILMINGTON, DE

JOHN A. CERINO; CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-17-14, and the person was arrested on *(date)* 6-17-14
at *(city and state)*   CANADA.

Date: 6-26-14

_____
Arresting officer's signature

P. HENDERSON
*Printed name and title*