SEALED
UNSEALED 9/30/14 KJK
FILE COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 13-78-GMS |
| | ) | |
| NATHAN LEROUX, | ) | UNDER SEAL |
| SANADODEH NESHEIWAT, | ) | |
| DAVID POKORA, and | ) | |
| AUSTIN ALCALA, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR STATUS CONFERENCE**

The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court to schedule a telephone status conference in approximately 60 days -- or after September 22, 2014 – to set future dates for this matter. In support of this Motion, the Government states as follows:

1. On April 22, 2014, Defendants were indicted on counts alleging violations of the following statutes: Conspiracy to Commit Unauthorized Access to Protected Computers and Copyright Infringement, 18 U.S.C. §§ 371, 1030(a)(2)(B), (a)(2)(C) and (c)(2)(B)(i) & (iii); 2319(a) & (d)(1) & (2); Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343, Conspiracy to Commit Theft of Trade Secrets, 18 U.S.C. §§ 1832(a)(1), (a)(2), (a)(3) & (a)(5); Unauthorized Access to a Protected Computer, 18 U.S.C. § 1030(a)(2) & (c)(2)(B)(I) and (iii) & 2; Criminal Copyright Infringement, 17 U.S.C. § 506(a)(1)(C) & 18

1

U.S.C. §§ 2319(a) & (d)(1) & (2) & 2; Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349; Attempted Mail Fraud, 18 U.S.C. § 1341; Conspiracy to Commit Identity Theft, 18 U.S.C. § 1028(a)(7), (b)(1) & (f); and Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) & 2.

2. The last defendant was arraigned on or about June 2, 2014 and had a motions deadline of July 2, 2014. No defendant filed any motions prior to the July 2, 2014 motions deadline.

3. The Government has made plea offers to two defendants and anticipates making plea offers to the two remaining defendants in the coming weeks. The Government is also in the process of producing a significant volume of digital discovery pursuant to protective orders.

4. In light of the current activities in the case, the Government respectfully requests that the Court set a telephone status conference at its convenience for a date after September 22, 2014, or at least 60 days after today's date. By such time, the parties should be in a position to advise the Court as to whether negotiated plea resolutions can be reached or whether pre-trial and trial dates should be set.

5. The Government also respectfully requests that the period between the filing of this motion and the date of the forthcoming status conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)((7)(A).

6. Counsel for each defendant has indicated that they consent to the requested relief.

        Respectfully submitted,

        CHARLES M. OBERLY, III
        United States Attorney

By:   /s/ Edward J. McAndrew
      Edward J. McAndrew
      Assistant United States Attorney

Dated: July 21, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2014, a true and correct copy of the foregoing Consent Motion for Status Conference was served, via first class mail, postage prepaid on:

Solomon L. Wisenberg, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, D.C. 20001

Peter A. Levin, Esq.
1927 Hamilton Street
Philadelphia, Pennsylvania 19130

Dina Chavar, Esq.
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, Delaware 19801

Eugene J. Maurer, Jr., Esq.
1201-A King Street
Wilmington, DE 19801

By: /s/ Edward J. McAndrew
Edward J. McAndrew
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 13-78-GMS |
| ) | |
| NATHAN LEROUX, ) | UNDER SEAL |
| SANADODEH NESHEIWAT, ) | |
| DAVID POKORA, and ) | |
| AUSTIN ALCALA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of July 2014, upon consideration of the Government's

Consent Motion for Status Conference,

IT IS HEREBY ORDERED that a telephone status conference is scheduled for

_____, at _____ a.m./p.m.; and

IT IS FURTHER ORDERED that the time between July 21, 2014 and the status

conference scheduled for _____ shall be excluded under the Speedy

Trial Act, 18 U.S.C. § 3161(h)((7)(A).

_____
Honorable Gregory M. Sleet
United States District Judge