OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

JOHN A. CERINO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 20, 2016

Clerk of Court
U.S. District Court for the District of Maryland
Edward A. Garmatz Federal Building and United States Courthouse
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2605

Dear Clerk's Office Staff:

    The case of U.S.A v. **NATHAN LEROUX** is being transferred to your court from U.S. District Court for the District of Delaware. Kindly acknowledge receipt by signing and returning a copy of this letter.

    Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number (**CR 13-78-01 GMS**). Since sealed documents are not uploaded to CM/ECF, we will send them to you upon request.

    Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

    Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas. Address changes can be made by sending an email notice to InterDistrictTransfer_TXND@txnd.uscourts.gov. If you should need anything additional , I can be reached by email or by dialing 302-573-6471.

Sincerely,

April S. Walker
Case Manager/Deputy Clerk

JAC/asw

I hereby acknowledge receipt of the record in the above referenced case on _____(date)_____.

_____Signature_____

_____Title_____